S. SHANE STROUD (15266)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
Attorney for Defendant
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Email: sstroud@agutah.gov
*Attorneys for Defendants State of Utah,*
*University of Utah, and Natural History Museum of Utah*

## THE UNITED STATE DISTRICT COURT

## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JILL A. DAVIDSON, an individual, Plaintiff, v. STATE OF UTAH; UNIVERSITY OF UTAH; and NATURAL HISTORY MUSEUM OF UTAH; Defendants. | **NOTICE OF REMOVAL OF A CIVIL ACTION FROM STATE COURT TO FEDERAL COURT** Case No. 2:18-cv-00139-PMW Magistrate Judge Paul M. Warner |

Defendants State of Utah, University of Utah, and Natural History Museum of Utah (collectively "the State Defendants"), by and through counsel and pursuant to 28 U.S.C.A. §§ 1441 and 1446, hereby give notice of removal to this Court of the civil action pending against the State Defendants in the Third Judicial District Court in and for Salt Lake County, State of Utah entitled *Jill A. Davison vs. State of Utah; University of Utah; and Natural History Museum of Utah*, Case No. 180900584. The grounds for removal are:

1. This action was commenced by the filing of a Complaint in the Third Judicial District Court in and for Salt Lake County, State of Utah.

2. The State Defendants received a copy of the Complaint on January 26, 2018.

3. Plaintiff Jill A. Davidson's ("Ms. Davidson") Complaint alleges claims against the State Defendants arising in common-law negligence.

4. Ms. Davidson's Complaint alleges damages "in an amount sufficient to satisfy the Tier [3] damages requirements of the Utah Rules of Civil Procedure."

5. Under the Utah Rules of Civil Procedure, only "[a]ctions claiming $300,000 or more in damages are permitted standard discovery as described for Tier 3."

6. Ms. Davidson is the only plaintiff to this action.

7. Ms. Davidson's Complaint alleges she is a resident of St. Louis, Missouri.

8. The State Defendants are the only defendants to this action.

9. The State Defendants are Utah residents, are incorporated in Utah, or have their principle places of business in Utah.

10. Based on the allegations in Ms. Davidson's Complaint, this Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C.A. §1332 as there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds $75,000.

11. Removal of this action is timely as fewer than thirty days have elapsed since the State Defendants received a copy of Ms. Davidson's Complaint.

12. Pursuant to 28 U.S.C.A. §1446, a copy of all process and pleadings that have been received by the State Defendants are attached hereto as Exhibit A.

**WHEREFORE**, the State Defendants submits this Notice that the above-entitled matter is hereby removed from the Third Judicial District Court in and for Salt Lake County, State of Utah, in accordance with the provisions of 28 U.S.C.A. § 1446.

DATED this 14th day of February 2018.

SEAN D. REYES
Utah Attorney General


 /s/ S. Shane Stroud
S. SHANE STROUD
*Attorneys for Defendants State of Utah, University of Utah, and Natural History Museum of Utah*